UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BJON LEE,

    Plaintiff,

v.                                               Case No.  5:21-cv-41-TKW/MJF

J.H. LAND, *et al*.,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 9). No objections were filed.[1]  Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's R&R is adopted and incorporated by reference in this order.

---

[1] The R&R was mailed to Plaintiff on June 21, 2021, at the address he provided (Florida State Prison, *see* Doc. 4), but it was returned as "undeliverable" by the Post Office.  *See* Doc. 10. The docket reflects that the R&R was re-mailed to Plaintiff at Santa Rosa Correctional Institution (the address reflected on the Florida Department of Corrections website) on June 28, 2021, so the Court delayed its consideration of the R&R until now to ensure that Plaintiff had adequate time to file objections if he was going to do so.

2. This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE and ORDERED** this 23rd day of July, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**